## BALLANCE *v.* LEONARD.

(April Term, 1865.)

1. AMENDING RECORDS *in the Supreme Court.* This court cannot supply omissions in the record; that can only be done in the court below.

2. So where it is alleged that certain instructions were omitted from the bill of exceptions, this court can only award a writ of *certiorari,* to enable the party to bring up a complete record, when amended in the court below.

MR. COOPER, for the plaintiff in error, asked leave to file an additional transcript of proceedings in the court below, with the view of incorporating into the record certain instructions which had been omitted from the bill of exceptions.

Per CURIAM : This court can only hear a cause as it appears in the record ; we have no power to make a new record. If there is any portion of the proceedings in the court below which has been omitted from the record, it can only be supplied upon application to that court for the purpose. We can merely award a writ of *certiorari* to enable the party to bring a transcript of the record, when amended, to this court.

*Leave denied.*

## GARDNER *v.* DIEDRICH.

(April Term, 1865.)

DISMISSING APPEAL—*insufficiency of record.* On motion to dismiss an appeal because of the insufficiency of the record, *held,* that the transcript of the record and proceedings in the court below is incomplete, is no ground for dismissing the appeal. If the appellee desires a complete record, he should ask for a writ of *certiorari.*